IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION

Corey Taylor

    Plaintiff

v.

Wellpath Medical

Dr. Hoang (Brian) Nguyen, DMD - Oral & Maxillofacial Surgeon

Davidson County Metropolitan Government

Case No: (To be provided by clerk)

03-22 0705

## Petition 42 U.S.C. 1983

Come now plaintiff Corey Taylor pro se on his own behalf as a pre-trial Detainee at Davidson County Downtown Detention Center petitioning this court for violations of his Eighth and Fourteenth Amendment Rights in that being Taylor has been Treated with Deliberate indifference in regards to his serious medical need which Taylor was Diagnosed with Lichen Planus in the mouth after a Biopsy was performed by DMD, Dr. Nguyen.

## Statement of Facts

On or about May 12, 2022 Taylor was seen by Dr. Nguyen and Dr. Nguyen performed a Biopsy of Taylor's Lower Left Gum by Removing Tissue and the lower Right Gum line and Roof of Taylor's mouth. These operations were conducted due to several complaints by Taylor stating he had large white patches inside his mouth that was also on his Gums and Lips on the inside of his mouth and this also was followed by Blistering wart type of bumps and these issues were observed by Dr. Africa a Dentist with DCSD-Wellpath medical, Dr. Finney MD of Wellpath medical and Dr. Nguyen DMD who has expressed to Taylor the possible Diagnosis that this issue could be. Dr. Nguyen expressed that if it is Lichen Planus it is a serious Medical issue cause it's known to cause cancer and with Dr. Nguyen having made such observation and Detailed his Medical opinion he performed the Biopsy and failed to follow-up with Taylor within the Results and Scheduled Taylor for a follow-up six month after the Biopsy was performed and even after being made aware that Taylor did in fact have Lichen Planus Dr. Nguyen acted with such Deliberate indifference to Taylor's serious medical need that he acted negligent and Subjected Taylor to excruciating pain for 3 and 1 half of a month and Taylor suffered continuously with Blistering

Pg 1 of 4
Case 3:22-cv-00705   Document 1   Filed 09/13/22   Page 1 of 4 PageID #: 1
www.PrintablePaper.net

Inflammation on his Gums, Buring whenever he'd eat or Drink any fluids, Taylor Gums has Recinded on the lower left and Due to the negligence and Deliberate Indifference and Infliction of pain, Taylor complained To DR. Finley and DR. Finley Did what she felt was Best and Sent taylor out to a Rheumatologist at Meharry Hospital. Taylor was Seen by the Rheumatologist 8/1/2022 This condition was complained about Shortly after Taylor's March 15, 2022 Intake at the DCSO. Taylor states That After filing Serval Grievances and Continuously complaining about pain, Blistering and Bleeding of his Gums and Rescinding Gums Taylor was Seen By LPN Ms. Cullen whom made Observations and Sustained Taylor complaints and Prior to Taylor being Seen by LPN Ms. Cullen, DR. Finley seen Taylor and Referred him to Meharry again to see the oral Surgeon Due To DR. Nguyen continuous Disregard to Taylor's serious medical need that he DR. Nguyen has Drawn Inference That Taylor condition is known to cause Cancer which Cancer is a Deadly and Serious medical Issue. Taylor states after being Seen at meharry by the Rheumatologist he was Prescribed an topical Ointment called Clobestasol which is for skin but was instructed to use it for his mouth and the labeling simply states Do not get into mouth, nose or eye's but following The Instructions of medical Staff he applied the topical cream on his affected area's In his mouth and Immediately became nauseated. Taylor states that his condition has had him in pain so Severly he has not slept many nights Due to the pain, Fear and worry of possibly contracting Cancer Due to DR. Nguyen constantly neglecting Taylor to adequate medical Treatment. Taylor states That on 8/29/2022 3 and 1 half months later after the first Biopsy Taylor was seen again by DR. Nguyen cause of medical Staff pressing the issue and taylor's several complaints. Upon Taylor seeing DR. Nguyen Taylor states that DR. Nguyen observed the seriousness of his condition stated that it can lead to cancer and has been known to lead to cancer, DR. Nguyen Also noticed Several Blisters in Taylor's mouth and performed yet another Biopsy of Taylor's upper lip on the Right Side where a Blister/wart was Present at the time. DR. Nguyen Injected taylor's Gums with steroids and also observed Ulcers in taylors mouth which has been constant and Consistently observed by LPN DR. Cullen, DR. Finley and Triage Nurse Chad all of wellpath Medical. Taylor states that DR. Nguyen has left him Inflicted with pain and Injury which has only Progressed and was as well observed and Sustained by DR. Nguyen, DR. Nguyen stated to taylor on 8/29/22 That Taylor needs to be seen on a Regular basis by a Rheumatologist and he

www.PublicPaper.net

needs to be on a constant Dose of Steroids cause he could Develope oral cancer. Taylor has been Inflicted with mental and emotional Distress and physical pain, mental pain and Suffering of Both. extremely fearful and worried that as long as wellpath medical continues to act with negligence & Deliberate indifference to his serious medical need he will contract cancer cause they are not adhering unto his medical treatment Rapidly and Having knowledge of the seriousness of such condition and the outcome Taylor is forced to still place sick-calls in and seen on a Basis During nurse sick call when this matter shall be Routinely and Taylor seen on a urgent care Basis. Taylor states DR. Nguyen Actions was an Intentional Infliction of Emotional Distress cause with DR. Nguyen having knowledge of the severity of Taylor's condition he failed to see Taylor within 30 days after the Biopsy and Taylor states several medical staff even DR. Finley and LPN Ms. Cullen has agreed that DR. Nguyen shall have seen Taylor shortly after the Results came back. Taylor states he spoke with DR. Africa several times and states she acted with Total Disregard and kept saying she Believe it was the Sinus medication Taylor is currently Taking. Taylor Gums needs to be treated Due to the wards, Mucoses Build up, constant bleeding and Rescinding of his Gums and DR. Nguyen Has stated there's not much he can do for Taylor but Make a Reccommendation that Taylor be seen by a Rheumatologist on a Regular Basis. Taylor is not Prescribed any steroids to help aid this Disease and DR. Nguyen has neglected Taylor to such medication cause he states he is not sure which steroid to place Taylor on but he Did Inject Taylor Gums with Steroids and acknowledged the severity of Taylor's condition. Taylor medical needs are Sufficiently serious cause It's been said that Lichen Planus is none curable and In fact Does cause cancer. Taylor states that Metro Government is the moving force behind wellpath medical and wellpath medical is under Metro Government and having acted under the color of state law Taylor believes that the Policies of medical needs and treatment for pre-trial Detainee's have been violated and believe there a Policy in place that allows wellpath Medical to act with such Deliberate Indifference and he believes Metro Government shall be held liable cause Taylor has suffered a Violation of his federal Rights under Both the Eighth and fourteenth Amendment However Taylor is a third-party beneficiary of metro's contracts with It's medical vendor and Has a Right as a Pre-trial Detainee to adequate Medical care. Taylor Respectfully Seek Suit on all Defendants in Both Official & Individual Capacities

Moreso, Taylor states that he has been told that DCSO is a short term facility so it is only limited care and treatment that can and will be provided. In that being stated Taylor states that this is an approved policy agreement that has been discussed and approved by Metro Government and it's medical care providers which is Wellpath medical. Taylor has not been diagnosed with just an infection that is treatable and curable. Taylor has been diagnosed with a disease that is and has been known to lead to cancer and cancer is a serious and deadly disease and causes alot of medical issues and health complications. On 8/29/2022 Dr. Nguyen performed another biopsy on Taylor's upper lip inside his mouth where there was a visible wart and it has been sent to Labcorps to be tested. Taylor was stitched by Dr. Hoang (Brian) Nguyen and shortly after leaving the medical unit at DCSO-DDC Taylor stitch came undone and his mouth begin to bleed and a blood clot formed inside Taylor's mouth, Taylor notified the officer whom immediately called medical and medical responded by telling the officer to tell Taylor to put in a sick call. Taylor has since been in pain and his lip has not healed accurately just as his gums has not which is a result from the same instances after seeing Dr. Nguyen and being stitched. Dr. Nguyen fails to provide adequate medical treatment and care and is highly aware of the seriousness of Taylor's condition. Taylor has been told his mouth needs urgent care and attention by Dr. Nguyen but he has failed to provide such treatment. Dr. Nguyen is aware that Taylor has not been responsive unto the Fluocinonide cream that was prescribed to Taylor by Dr. Nguyen prior to the biopsy and diagnosis and Dr. Nguyen has failed to provide any other course of treatment. Taylor states that he suffers from pain mentally, emotionally and physically cause his mouth is in constant pain and he suffers mental and emotional pain in fear of his condition becoming cancer as it is already cancerous & he is not being treated at all, and the longer he is untreated the more his fear, worry & now anxiety increases. Taylor has suffered constitutional violations and the relief he seeks is as follows:

Taylor seeks Immediate Injunctive Relief so he can be adequately treated by proper medical staff, Declaratory Judgment, Compensatory Damages of $1.5 million and Compensatory Damages for all future medical expenses & medication and treatments, Punitive Damages of $75,000.00, Taylor seeks relief for Physical Pain, Mental and emotional stress, Infliction of Pain Intentional Infliction of emotional Distress, medical negligence, court cost and any and all attorney fee's and that he be awarded judgment as to all relief sought and to be awarded all this court finds lawful and right.

Taylor Demands Trial By Jury In This cause.

Respectfully Submitted
Corey Taylor