IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| COREY TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 3:22-cv-00705 |
| v. | ) | JUDGE RICHARDSON |
| | ) | |
| WELLPATH MEDICAL et al. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Doc.

No. 33), recommending that Plaintiff's motions for preliminary injunctive relief (Doc. Nos. 14,

21) be denied. No objections to the Report and Recommendation have been filed, and the time for

filing objections has now expired.

The failure to object to a report and recommendation releases the Court from its duty to

independently review the matter. *Frias v. Frias*, No. 2:18-cv-00076, 2019 WL 549506, at *2 (M.D.

Tenn. Feb. 12, 2019); *Hart v. Bee Property Mgmt.*, No. 18-cv-11851, 2019 WL 1242372, at * 1

(E.D. Mich. March 18, 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The district court

is not required to review, under a de novo or any other standard, those aspects of the report and

recommendation to which no objection is made. *Ashraf v. Adventist Health System/Sunbelt, Inc.*,

322 F. Supp. 3d 879, 881 (W.D. Tenn. 2018); *Benson v. Walden Security*, No. 3:18-cv-0010, 2018

WL 6322332, at *3 (M.D. Tenn. Dec. 4, 2018). The district court should adopt the magistrate

judge's findings and rulings to which no specific objection is filed. *Id.*

Nonetheless, the Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved. Accordingly, Plaintiff's motions for preliminary injunctive relief (Doc. Nos. 14, 21) are DENIED.

IT IS SO ORDERED.

_Eli Richardson_

ELI RICHARDSON
UNITED STATES DISTRICT JUDGE